CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED

OCT - 4 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

UNITED STATES OF AMERICA

vs.

MICHAEL DAVID BEAR

Case No. 2:05CR29

Violations:
18 U.S.C. §§ 922(g)(1) and 924(c);
21 U.S.C. § 846

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about and between August 2002 and October 28, 2004, in the Western District of Virginia and elsewhere, MICHAEL DAVID BEAR, knowingly used and carried during and in relation to, and possessed in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States (conspiring to distribute cocaine), a firearm.

2. All in violation of Title 18, United States Code, Section 924(c).

### COUNT TWO

The Grand Jury charges that:

1. On or about October 28, 2004, in the Western District of Virginia and elsewhere, MICHAEL DAVID BEAR knowingly possessed the following firearms:

> North American Firearms, .22 caliber Derringer pistol;
> Raven, .25 caliber semi-auto pistol, Model P-25

in or affecting interstate or foreign commerce, after having been convicted of a crime punishable by imprisonment for a term exceeding one year.

2. All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The Grand Jury charges that:

1. On or about and between August 2002 and October 28, 2004, in the Western District of Virginia and elsewhere, MICHAEL DAVID BEAR, knowingly conspired to distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

3. All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

TRUE BILL, this _____ day of October, 2005.

*[signature]*
Grand Jury Foreperson

*[signature]*
JOHN L. BROWNLEE
United States Attorney
by *[signature]*