**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 1:06CR00018 |
| | ) | Case No. 2:05CR00029 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **MICHAEL DAVID BEAR**, | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** as follows:

1. Pursuant to the defendant's motion for reconsideration (DE 86) in Case No. 2:05CR00029, the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 (DE 81) is REINSTATED to the active docket of the court;

2. Upon consideration of the defendant's new information regarding timeliness, the Motions to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 in both of the above referenced cases (DE 81 in Case No. 2:05CR00029; DE 111 in Case No. 1:06CR00018) are hereby DENIED as untimely filed and stricken from the active docket of the court; and

3. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: July 14, 2010

/s/ JAMES P. JONES
United States District Judge