# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 2:05CR00029 |
| v. | ) **ORDER** |
| | ) |
| **MICHAEL DAVID BEAR,** | ) By: James P. Jones |
| | ) United States District Judge |
| Defendant. | ) |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** as follows:

1. The defendant's motion, styled as "Judicial Notice Rules of Evidence § 201," and his motions for appointment of counsel and for an evidentiary hearing (ECF Nos. 96, 97, 98) are DENIED, and the defendant's submission is CONSTRUED as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255;

2. The Clerk is DIRECTED to redocket the motion (ECF No. 96) as a § 2255 motion;

3. The § 2255 motion is hereby DENIED without prejudice as successive and stricken from the active docket; and

4. A Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER: June 29, 2012

/s/ James P. Jones
United States District Judge